**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

CARRIE L. BAILEY,
o/b/o D. M., a minor child,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____)

NO.  CV-07-388-JPH

**JUDGMENT IN A CIVIL CASE**

## DECISION BY THE COURT:

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is **REMANDED** for additional proceedings, and Judgment is entered for Plaintiff.

DATED this 21st day of August, 2008.

                JAMES R. LARSEN
                District Court Executive/Clerk


                by: __s/Karen White_____
                        Deputy Clerk

cc: all counsel